=================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN        DISTRICT OF        NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  1:05-CV-1085 (LEK)**

IN RE:

**BRUNSWICK BAPTIST CHURCH**                **Bankr. Case No. 03-13719**

**Chapter 11**

Debtor.

**CHARLES BORDEN**, *et al.*,

Appellants,

-against-

**BRUNSWICK BAPTIST CHURCH,**

Appellee.

_____ **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____XX_____ **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the appellees (the decision of the Bankruptcy Court is affirmed) and against the appellants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated January 16, 2007.

DATE:     **January 16, 2007**                **LAWRENCE K. BAERMAN**

CLERK OF THE COURT

Scott A. Snyder

**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**